U.S. DISTRICT COURT OF MIDDLE FLORIDA
OFFICE OF THE CLERK : Hon Senior Judge : Kendall Sharp
March 6, 2017

FILED
2017 MAR -7 PM 3:57

Salem Aljabri
A petitioner
V.
Six unknown names agents
Or Mr president of the
United States Barack Obama
Respondents
OR MR. Donald Trump
President of U.S.

Under 42 usc 1983 a civil rights action own solely with a writ of summons and a complaint by federal or the law of the state Chief Justice John Roberts and Attorney General Eric Holder under due processequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for a writ of certiorari and a ~~reversal~~ of review of his conviction and a remanded a decision a recover on a theory per st insist firmly for injury

Plus Triple no Tax no cruel no custody in prison damages or illegal discrimination include price by jury trial Entering a ~~~~ one lump sum a limit one

An adopted in full a proper a writ of ~~~~ a petition for reconsider a foreign state an application by a party to a determination naturalize a reasonable amount total real to redress a prompt pay in full within ten days pay duties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garnshment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to

Salem Aljabri 18918-424    Deposit in the bank ~~~~ an equity pay in full within ten day for a determination a motion to ~~~~ a judgment of his conviction and a remanded one to ~~~~ treasury notes for a determination a selected by innocent supreme court of the united states or Mr. president of the united states Barack Obama ~~a privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required real obtain secure exact realized attained confirmed solely own by jury trial of receipt immediately a disposition a settlement an earlier an amended a properly a valid ~~~~ a petition for reheaing an order a policy a rule a qualification reinstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion for ~~~~ ~~~~   20 ~~~~% Donate to Pentagon

a prayer a claim by   Salem Aljabri 18918-424      a pro se ~~~~ required names of                                        Party

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a petition for a writ of habeas corpus a decision in habeas corpus a case cases claims a key ~~~~ once a claim for relief no more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of rights a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an immediately determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit in other proceedings commenced unconstitutional conviction by witness perjury false state assume infer presumption 1915 g.H. no racial discrimination in good faith ~~~~ unnecessary delay unconstitutional detention torture an innocent families in America reside in America no deportation no attempt or conspiracy charged no alleged misconduct an appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for panel reconsider ~~~~ a redress required a classes actions 30 days deadline guarantee ~~~~ ~~~~ a stay by jury prompt jurisdiction grounds motions issues parties pleadings amendments claim for relief enough pleader is entitled to relief ~~~~ adopted all others pleadings same pleadings result matters all parties raise others relief may ~~~~ equal protection all other amendments a party a party may amend same remedies by democratic ~~~~ guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief by jury in immediately and immediately release from custody

No infringed Force Compel in any criminal case Time of War public Danger no searches and seizes sanctions in prisons or in institutions a petition for a writ of certiorari to a writ of Reviewed a writ of Decrees Rendered under Constitutional by U.S. Supreme Court or 3 Judges de novo no other state innocent limited Jurisdiction Consideration excepts an important federal question an important matter an inmate Confined in an institutions himself at any time immediately Reviewed liable for injuries by Jury Today no illegal Custody no foreign detention 28 USC 1746 1915 g.H. presumption innocence Injunction national security Trade secret a warrant innocent purchaser Bona Fide purchaser in good Faith purchaser To Conveyance   AMICUS CURIAE no room searches no strip searches no many times arrested

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
Middle DISTRICT OF Florida

Salem AlJabri
A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
OR MR Donald Trump
president of U.S.

A NOTICE OF APPEAL

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT Salem AlJabri 18918-424
PARTY
HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE 11th CIRCUIT describe it ENTERED IN THIS ACTION ON THE 6 DAY OF March, 2014 7

For ~~admission~~ a Judgment of conviction is ~~acquitted~~ ~~arrested~~ by a Jury ~~admitted~~ within Ten days innocent
28 USC 1915 g. H. one or more

name OF
---------
SIGNATURE

Salem AlJabri
---------
PRINTED NAME

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD CONCIENCE~~
AN APPEAL

ADDRESS;
---------

DATE; March 6, 2017

Young YIL Jo
61183-112
1932 E. Washington Blvd
Pasadena, CA 91104

Legal Mail



U.S. Courthouse
Office of the Clerk
401 W. Central #1200
Orlando, FL 32801-0120